<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-2003**

―――――――――

WHEELING JESUIT UNIVERSITY, INCORPORATED, a
West Virginia corporation; BERNARD W. SCHMITT,
Most Reverend, Bishop of the Roman Catholic
Dioceses of Wheeling-Charleston; THE BOARD OF
EDUCATION OF THE COUNTY OF OHIO, A PUBLIC
CORPORATION,

Plaintiffs - Appellants,

versus

CITY OF WHEELING, a municipal corporation;
JOHN W. LIPPHARDT, JR.; BARRY D. CROW; MARY
MARGARET KLEEH; MICHAEL A. NAU; LAWRENCE J.
SCHMITT, JR.; VERNON E. SEALS; CLIFF SLIGAR,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Northern Dis-
trict of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Chief
District Judge.  (CA-00-14-5)

―――――――――

Submitted:  December 29, 2000          Decided:  January 18, 2001

―――――――――

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

John P. Bailey, BAILEY, RILEY, BUCH & HARMAN, L.C., Wheeling, West Virginia; James F. Companion, SCHRADER, BYRD & COMPANION, P.L.L.C., Wheeling, West Virginia; James C. Gardill, PHILLIPS, GARDILL, KAISER & ALTMEYER, Wheeling, West Virginia, for Appellants. Ronald M. Musser, Rosemary J. Humway-Warmuth, OFFICE OF THE CITY SOLICITOR, Wheeling, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order denying relief on their 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Wheeling Jesuit Univ. v. City of Wheeling, No. CA-00-14-5 (N.D.W. Va. July 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED